# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA

Jesse D Pellow

900 Terminal Place #203

Richmond, VA 23220

570-295-5523

jdpaugustine@gmail.com

| |
|---|
| Jesse D Pellow, Pro Se Plaintiff |
| |
| V |
| |
| Blair County and Logan Township, PA |

## NOTICE OF CIVIL COMPLAINT AND MOTION FOR CHANGE OF VENUE IN THE INTEREST OF JUSTICE



RECEIVED
FEB 1 0 2026
CLERK U.S. DISTRICT COURT
RICHMOND, VA.

**Defendants:**

Blair County Pennsylvania

Solicitor: Gabriel Fera

1010 Western Ave. Suite 200

Pittsburgh, PA 15233

Logan Township Police Department

Solicitor: Aimee Louise Willett

160 S Montgomery St. Suite 3

Hollidaysburg, PA 16648

## JURISDICTION

1. The origin the criminal charges pending in Blair County is normally under the jurisdiction of the Western District of Pennsylvania. However, I will be filing a separate motion to have this complaint initiated in the local where I am currently living. I am currently a legal resident of Richmond VA. In terms of justice being properly served I will be requesting a motion for the court to keep this complaint in the Eastern District Court under Federal Civil Rule *28 US Code 1404*. The Western District Court of Pennsylvania is compromised by individuals both private and public in Blair County. I also have had several cases under this court and in it is my opinion that they cannot be impartial. Therefore, counsel for the defendants should be given permission to explain to the court why this case should not be filed in the Eastern District of Virginia where I am currently a legal resident.

2. The court also has jurisdiction over *Federal Questions*. The plaintiff is not suing for monetary damages. Only that Blair County and Logan Township does not deny basic rights of legal defense criminal charges brought against them. These charges were a gross violation of *18 USC 242*. Since the Western District Court cannot be impartial in these matters the honorable court should deny transfer to the Western District of Pennsylvania under the 4th amendment.

3. I will also be sending a copy of this complaint to the Western District Court.

<u>CLAIMS</u>

1. Logan Township and Blair County continue to deny basic defense rights by denying the right to full and proper defense. The court continues to deny the defendants rights to use evidence to prove intent. The Commonwealth can't prove intent of the crime supposedly committed so they have a practice of narrowing the scope of discovery to prevent the defendant to be able to properly defend themselves. This has happened before. These are very basic *6th amendment rights* which are being routinely and knowingly denied by Logan Township and Blair County. It is also a gross violation of the *Brady Rule*. So why is Blair County consistently denying basic constitutional rights?

2. This plaintiff will prove that there was a conspiracy to deny rights and entrapment by the Logan Township Police, Blair County, and the Penn State Altoona police leading up to my arrest on March 6th 2025 in the parking lot of Penn State Altoona as I came out of Spanish class. Further, the plaintiff will prove that this is all political retaliation violating my *First amendment rights*.

<u>BRIEF STATEMENT OF FACT</u>

1. I moved into a room at the address of 646 Swanger Drive Altoona, PA back in June of 2024. I was a student at Penn State Altoona where I graduated with honors and a 3.7 GPD. The house was situated at the end of a right of way drive way that was used by two other landowners that share the drive. My landlord said she was having a very volatile civil dispute with her two neighbors over this driveway. It is also political in nature. The two neighbors had her charged with disorderly conduct and they even tried to get her charged with trespassing for turning around in one of their driveways during a snowstorm a few years ago. She can testify to this. Without getting into too much detail, they then started targeting me. I worked night shift as a LPN for a home health client. I also took classes during the day so I would drive in and out for work and class. Apparently, they didn't want anyone else living there so they tried to tell the police I was harassing them. I was then charged by Logan Township under *Title 34 Section 2311*. This is a hunting and gaming law in Pennsylvania. I don't own a gun, nor do I hunt. It is even a part of this section of defense that if the person is driving along the road in

the usual manner, it is not a crime. Yet Logan Township seems to think it was. So then after some communication and continued harassment by these two neighbors the summary charges were increased to misdemeanor stalking and harassment. Because of a conflict regarding another court hearing, I requested a continuance of the misdemeanor hearing which was never answered by the magistrate or court. Apparently, a warrant was issued for my arrest on a Monday March 2nd, 2024. So instead of coming to talk to me since they apparently got my class schedule from Penn State Altoona and having never been informed by Penn State Altoona that there was a warrant out for my arrest for driving in and out of a driveway, I was gang tackled in the parking lot by two police officers from Logan Township. I suffered multiple injuries. The officer tried to accuse me of resisting arrest, which at no point in time was I doing. I was never informed by these two officers before they gang tackled me that there was a warrant out. Sound familiar? Just ask Luigi Mangione. This is how they do things in Blair County. That is why I am filing this complaint. This is intentional practice because of an organization named Operation Our Town run by local businessmen. So then I hired a lawyer for the summary charges and had a trial by court which was a waste of time. The DA even tried to question my landlord's political affiliations by trying to submit picture of her signs on her car because her two neighbors have multiple video cameras all up along the driveway. So I then appeal the summary charges to the Superior Court and Blair County told the Superior Court that it was interlocutory and wasn't from a final order. Funny. I remember being in court for the final judgment. You explain that one to me. I'm then told by the Public Defender who is now my representation that I won't be able to use any evidence prior to the arrest in my defense because the court just like they did before is narrowing the scope of discovery to favor the Commonwealth. Thus, denying basic constitutional rights. I am also VERY concerned why Logan Township is getting involved in a civil dispute when they are telling one party its civil but criminally charging another party. Counsel for the defendants in this matter should answer that question.

## PRAYER FOR RELIEF SOUGHT

1. First, the plaintiff is seeking the criminal charges to be immediately transferred to federal court under *28 USC 1443*. My basic constitutional and human rights are being violated by Logan Township and Blair County.
2. Secondly, plaintiff is seeking under *28 US Code 1404* in fairness to justice a transfer from the Western District Court of Pennsylvania to the Eastern District Court of Virginia where the plaintiff is currently a legal resident. Plaintiff is not seeking monetary relief. Plaintiff is seeking an immediate federal jurisdiction over all pending charges originating from Logan Township and Blair County.
3. Thirdly, is filing a motion to continue *in forma pauperis* for these legal proceedings.
4. Lastly, ask the court to order the defendants to respond within the timeframe per federal civil procedure. If transfer to the Eastern District is denied, plaintiff is requesting that this case not be given to Magistrate Keith Pesto for collusion with Blair County officials.
5. This is also a motion to waive summons.

Signed: _____

By: Jesse D Pellow

Date: 2/8/2026

# CERTIFICATE OF SERVICE

I hereby do attest and affirm that a true and correct copy of this document was sent to the following:

<u>Western District Court of Pennsylvania</u>

Clerk's Office

208 Penn Traffic BLDG

319 Washington St.

Johnstown, PA 15901

<u>Logan Township Police Department</u>

Township Supervisor

Tim Brown

100 Chief Logan Circle

Altoona, PA 16602

<u>Blair County, Pennsylvania</u>

Solicitor: Gabriel Fera

1010 Western Ave. Suite 200

Pittsburgh, PA 15233

Signed: _____

By: Jesse D Pellow

Date: 2/8/2026